No. 14, Original. LOUISIANA *v*. MISSISSIPPI ET AL. The case is set for oral argument on the motion for leave to file the bill of complaint and answer. Two hours are allowed for oral argument. *Jack P. F. Gremillion,* Attorney General of Louisiana, *Carroll Buck,* First Assistant Attorney General, and *Edward M. Carmouche* and *John L. Madden,* Assistant Attorneys General, for plaintiff. *Joe T. Patterson,* Attorney General of Mississippi, *Martin R. McLendon* and *James Neville Patterson,* Assistant Attorneys General, and *Landman Teller,* Special Assistant to the Attorney General, for Mississippi et al., and *M. M. Roberts* for Humble Oil & Refining Co., defendants.

No. 13. RETAIL CLERKS INTERNATIONAL ASSOCIATION, LOCAL 1625, AFL–CIO, ET AL. *v*. SCHERMERHORN ET AL. Certiorari, 371 U. S. 909, to the Supreme Court of Florida. Argued April 18, 1963. Decided in part June 3, 1963, and retained on the calendar for reargument on the remaining issue. 373 U. S. 746. The motion of *Claude Pepper* for leave to withdraw his appearance as counsel for petitioners is granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion.

No. 16. BANCO NACIONAL DE CUBA *v*. SABBATINO, RECEIVER, ET AL. Certiorari, 372 U. S. 905, to the United States Court of Appeals for the Second Circuit. The motion of *John A. Wilson* for leave to withdraw his appearance as counsel for Compania Azucarera Vertientes-Camaguey de Cuba is granted.

No. 39. NEW YORK TIMES Co. *v*. SULLIVAN. Certiorari, 371 U. S. 946, to the Supreme Court of Alabama. The motion of the Washington Post Co. for leave to file a brief, as *amicus curiae,* is granted. *William P. Rogers, Gerald W. Siegel* and *Stanley Godofsky* on the motion.